IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02845-MSK-MJW

CIENA COMMUNICATIONS, INC.,

Plaintiff(s),

v.

JAMES J. NACHAZEL, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Entry of Stipulated Protective Order (docket noI 43) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 43-1) is APPROVED as amended in paragraphs 13 and 14 and made an Order of Court.

Date: April 26, 2010